EAG/JDG
F.#2008R00530

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

JOHN DOE,

    Defendant.

- - - - - - - - - - - - - - - -X

UNSEALING ORDER

09 CR 849 (BMC)

EASTERN DISTRICT OF NEW YORK, SS:

Upon the application of LORETTA E. LYNCH, the United States Attorney for the Eastern District of New York, by Assistant United States Attorneys Elizabeth A. Geddes and James D. Gatta, and for good cause having been shown:

IT IS HEREBY ORDERED that the docket sheet, the defendant's waiver of indictment, the information filed against the defendant, and the transcript of the defendant's guilty plea proceeding on December 29, 2009, in this matter be unsealed; and

IT IS FURTHER ORDERED that caption of this matter be unsealed, revealing that "John Doe" is the defendant THOMAS MCLAUGHLIN.

Dated:    Brooklyn, New York
           August 22, 2012

s/ BMC

HONORABLE BRIAN M. COGAN
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK