# GROSSMAN & RINALDO
## ATTORNEYS AT LAW

STUART J. GROSSMAN
PAUL P. RINALDO

108-18 QUEENS BOULEVARD
8TH FLOOR, SUITE 5
FOREST HILLS, NEW YORK 11375
(718) 520-8722
FAX (718) 793-0894
E-MAIL: grossmanrinaldo@aol.com

April 1, 2014

<u>VIA ECF</u>

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    <u>Re: United States v. Thomas McLaughlin</u>
    <u>Docket No. 09-CR-849-01(BMC)</u>

Dear Judge Cogan:

  I respectfully request that the sentencing scheduled for April 9, 2014 be adjourned until May 27, 2014 at 2:30 p.m., a date and time which I understand is convenient to the Court and government. Mr. McLaughlin, who lives and works out of state, recently began a new job as an installation technician. He was just informed that his company is expanding into a new market and has scheduled him for installation jobs from the beginning of April until mid-May. Thus, it would be a hardship for him to come to New York during this period. AUSA Elizabeth Geddes has no objection to this request.

  Thank you for your attention.

            Very truly yours,

            Stuart J. Grossman

cc.: AUSA Elizabeth Geddes, via ECF
   USPO Roberta Houlton, via Email